DMAP Pro Se: General Complaint

# United States District Court

Click here to enter text.

Harrison Jr., Marco V.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Kortas, Mike

_____

Nexa Mortgage LLC.

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 1:23-CV-146-SA-RP

(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☑ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

DMAP Pro Se: General Complaint

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Harrison Jr. , Marco, V.
Name (Last, First, MI)

188 Betty Dr.
Street Address

Lowndes , Columbus     MS        39705
County, City                State            Zip Code

662-630-1995          Harrisonmarco@yahoo.com
Telephone Number        E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Kortas , Mike
Name (Last, First)

3100 W Ray Rd 201 office #209
Street Address

Chandler        Arizona        85226
County, City        State          Zip Code

Defendant 2:    Mortgage LLC, Nexa
Name (Last, First)

3100 W Ray Rd. 201 office #209
Street Address

Chandler        Arizona        85226
County, City        State          Zip Code

DMAP Pro Se: General Complaint

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

- Federal Reserve Section 16 • 2. Application for notes by Federal Reserve banks
        • 4. Granting right to issue notes
- Cestui Que Vie Act 1666    • 12 USC § 1431 - Powers and Duties of the Banks

## III.   VENUE

*This court can hear cases arising out of Click here to enter text.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The loan will purchase a house in Columbus, MS

## IV.   STATEMENT OF CLAIM

Place(s) of occurrence:   Columbus, MS

Date(s) of occurrence:   September 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

I, Harrison Jr., Marco V., applied for a loan from Nexa Mortgage LLC through a credit. In doing so, I, Harrison Jr., Marco V. allowed Nexa Mortgage LLC to use the social security number of MARCO V. HARRISON JR. This is a consumer credit transaction and I, Harrison Jr., Marco, grant the right to approve this loan

Was anyone else involved?

No

DMAP Pro Se: General Complaint

**Who did what?**

Nexa Mortgage LLC entered a consumer credit transaction with MARCO V. HARRISON JR. by taking the estate (social security number) without giving the credits of the loan applied for.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Loss of Home - the house, 1701 Chickasaw Dr., that the loan was applied for is no longer on the market due to negligence of Nexa Mortgage LLC

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 720,000 + additional $3,850,000 added to loan amount

☑ Other (explain): 1558 Allison Hardy Rd, Columbus, MS 39701

I, Harrison Jr., Marco V. would like for Nexa Mortgage LLC to give access to the loan applied for. I, Harrison Jr. Marco would also like for Nexa Mortgage LLC to apply the balance of the loan to the account of MARCO V. HARRISON JR. every month to pay off in full, interest included.

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

10/16/23
Dated

*Marco V. Harrison Jr.*
Plaintiff's Signature

Harrison Jr., Marco, V.
Printed Name (Last, First, MI)

188 Betty Dr.        Columbus        MS        39705
Address              City            State     Zip Code

662-630-1995
Telephone Number

HarrisonMarco@yahoo.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

LII > U.S. Code > Title 12 > CHAPTER 11 > **§1431**

Quick search by citation:
### Title

enter title

### Section

section

Go!

# 12 U.S. Code § 1431 - Powers and duties of banks

U.S. Code      Notes

**(a) BORROWING MONEY; ISSUING BONDS AND DEBENTURES; GENERAL POWERS**
Each Federal Home Loan Bank shall have power, subject to rules and regulations prescribed by the Director, to borrow and give security therefor and to pay interest thereon, to issue debentures, bonds, or other obligations upon such terms and conditions as the Director may approve, and to do all things necessary for carrying out the provisions of this chapter and all things incident thereto.

**(b) ISSUANCE OF CONSOLIDATED FEDERAL HOME LOAN BANK DEBENTURES; RESTRICTIONS**
The Office of Finance, as agent for the Banks, may issue consolidated Federal Home Loan Bank debentures which shall be the joint and several obligations of all Federal Home Loan Banks organized and existing under this chapter, in order to provide funds for any such bank or banks, and such debentures shall be issued upon such

terms and conditions as such Office may prescribe. No such debentures shall be issued at any time if any of the assets of any Federal Home Loan Bank are pledged to secure any debts or subject to any lien, and neither the Office of Finance nor any Federal Home Loan Bank shall have power to pledge any of the assets of any Federal Home Loan Bank, or voluntarily to permit any lien to attach to the same while any of such debentures so issued are outstanding. The debentures issued under this section and outstanding shall at no time exceed five times the total paid-in capital of all the Federal Home Loan Banks as of the time of the issue of such debentures. It shall be the duty of the Office of Finance not to issue debentures under this section in excess of the notes or obligations of member institutions held and secured under section 1430(a) of this title by all the Federal Home Loan Banks.

**(c) Issuance of Federal Home Loan Bank bonds**

At any time that no debentures are outstanding under this chapter, or in order to refund all outstanding consolidated debentures issued under this section, the Office of Finance, as agent for the Banks, may issue consolidated Federal Home Loan Bank bonds which shall be the joint and several obligations of all the Federal Home Loan Banks, and shall be secured and be issued upon such terms and conditions as such Office may prescribe.

**(d) Additional or substituted collateral on adjustment of equities**

The Director shall have full power to require any Federal Home Loan Bank to deposit additional collateral or to make substitutions of collateral or to adjust equities between the Federal Home Loan Banks.

**(e) Acceptance of deposits; restrictions on transaction of banking business; collection and settlement of checks, drafts, etc.; charges; rules and regulations**

**(1)** Each Federal Home Loan Bank shall have power to accept deposits made by members of such bank or by any other Federal Home Loan Bank or other instrumentality of the United States, upon such terms and conditions as the Director may prescribe, but no Federal Home Loan Bank shall transact any banking or other business not incidental to activities authorized by this chapter.

**(2)**

**(A)** The Director may, subject to such rules and regulations, including definitions of terms used in this paragraph, as the Director shall from time to time prescribe, authorize Federal Home Loan Banks to be drawees of, and to engage in, or be agents or intermediaries for, or otherwise participate or assist in, the collection and settlement of (including presentment, clearing, and payment of, and remitting for), checks, drafts,

**Cookies on Legislation.gov.uk**

The cookies on legislation.gov.uk do two things: they remember any settings you've chosen so you don't have to choose them on every page, and they help us understand how people browse our website, so we can make improvements and fix problems. We need your consent to use some of these cookies.

Yes, these cookies are OK    Find out more or set individual cookie preferences    No, I want to reject all cookies

Cymraeg

Home    Browse Legislation    New Legislation    Coronavirus Legislation    Changes To Legislation    Search Legislation

Title:    Year:    Number:    Type: All UK Legislation (excluding originating from the EU)    Search

Advanced Search (including Welsh legislation in Welsh language)

# Cestui Que Vie Act 1666

Acts of the English Parliament    1666 c. 11 (Regnal. 18_and_19_Cha_2)    Whole Act

Table of Contents    Content    More Resources ⓘ

Previous    Next    Plain View    Print Options

**Changes over time for: Cestui Que Vie Act 1666**    ⓘ

01/02/1991

**Changes to legislation:** There are currently no known outstanding effects for the Cestui Que Vie Act 1666. ⓘ



## Cestui Que Vie Act 1666

### 1666 CHAPTER 11 18 and 19 Cha 2

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

**X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.**

Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot find out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene put upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

**Editorial Information**

X1    Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.

**Modifications etc. (not altering text)**

C1    Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2

C2    Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. 1

C3    Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3

**[1.]    Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.**

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally

dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

II          . . . . . . . . . . . . . . . . . . . . . . . . . . .  F1

**Textual Amendments**

F1          S. II repealed by Statute Law Revision Act 1948 (c. 62), Sch. 1

III         . . . . . . . . . . . . . . . . . . . . . . . . . . .  F2

**Textual Amendments**

F2          S. III repealed by Statute Law Revision Act 1863 (c. 125)

IV          **If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with interest.**

[X2Provided alwayes That if any person or [X3person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [X3to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]

**Editorial Information**

X2          annexed to the Original Act in a separate Schedule

X3          Variant reading of the text noted in *The Statutes of the Realm* as follows: O. omits [O. refers to a collection in the library of Trinity College, Cambridge]

Previous          Next

Help     About Us     Site Map     Accessibility     Contact Us     Privacy Notice     Cookies          Back to top

**OGL**   All content is available under the Open Government Licence v3.0 except where otherwise stated. This site additionally contains content derived from EUR-Lex, reused under the terms of the Commission Decision 2011/833/EU on the reuse of documents from the EU institutions. For more information see the EUR-Lex public statement on re-use.          © Crown and database right